IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

__Dallas__ DIVISION

(Name All Plaintiffs and Defendants)

United States

vs.

Christopher Scott Jent

CRIMINAL ~~CIVIL~~ NUMBER ___09-CR-00158___

Complete the following if judgment was rendered in another District:

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, on the 12th day of October, 2012, in favor of ___Stephen Powell, The Oakten Group___

against ___Christopher Scott Jent___

in the sum of $ ___82,250.00___ with interest at the rate of _____ per cent per annum from the _____ day of _____, _____.

Costs have been taxed by the Clerk of Court in the sum of $ _____.

Credits reflected by returns on execution in the sum of $ _____.

The address of the defendant shown in this suit in which said judgment was rendered: _____ or nature of citation and date and place citation served: _____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this 22nd day of July, 2015.

KAREN MITCHELL, CLERK

By _K. Lowe_
Deputy Clerk