UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

# Report on Offender Under Supervision - No Court Action Recommended

Name of Offender: Christopher Scott Jent          Case No.: 3:09-CR-158-B(01)
Name of Sentencing Judge: U.S. District Judge Jane J. Boyle
Date of Original Sentence: October 11, 2012
Original Offense: Securities Fraud, 15 U.S.C. § 77q(a) and 77x
Original Sentence: 60 months custody, 3-year term of supervised release
Revocations: None
Type of Supervision: Supervised Release     Date Supervision Commenced: February 16, 2016
Assistant U.S. Attorney: Alan M. Buie       Defense Attorney: Reed W. Prospere
                                                              (Court appointed)

## Notification To The Court For Cause As Follows:

The probation officer believes that the offender has violated the following condition which requires official notification although no Court action is being recommended at this time.

### I.

**Violation of Special Condition**

The defendant shall pay any remaining balance of restitution in the amount of $53,801,661.95 as set out in this Judgement.

**Nature of Noncompliance**

Since the commencement of Christopher Jent's supervision, he has been supervised by the Eastern District of Texas. It has been reported Mr. Jent has maintained a stable residence in Plano, TX, and stable employment at Danny W. Looney P.C., in Plano, TX. His employer is aware of his offense and supervision obligation which was verified by the probation office. Mr. Jent's term of supervised release is scheduled to expire on November 15, 2019.

From March 2015 through April 2018, he diligently paid 10% of his gross monthly income toward the outstanding restitution balance, per the court order. Following a financial investigation, it was determined Mr. Jent had a significant monthly positive cash flow and had the ability to pay more than 10% of his gross monthly income; therefore, his payment schedule was increased, and he began paying $900 per month. To date, Mr. Jent has paid a total of $96,244.67 toward the Joint and Several Restitution ordered. There is a current restitution balance of $53,086,495.

Based on financial investigations, which include Mr. Jent submitting financial statements containing supportive documentation verifying his monthly cash inflows and outflows, review of credit bureau reports, tax returns, and random unannounced home contacts conducted by U.S. Probation to monitor his economic circumstance, it has been determined he has been living within his means and has paid to the

best of his ability. Furthermore, the U.S. Attorney's Office's Financial Litigation Unit will continue collection of the remaining balance.

Mr. Jent will be instructed to continue submitting payments following expiration of his supervised release, and the probation officer will continue collection efforts until that time. The Financial Litigation Unit of the U.S. Attorney's office will also be advised of the remaining balance.

It is respectfully recommended that Mr. Jent's supervised release be allowed to expire without full payment. The Probation Office will immediately inform the Court concerning any further supervision issues which may warrant Court notification.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on December 6, 2018                Approved,

s/Audra Schultz                             s/Adam Morton
U.S. Probation Officer                      Supervising U.S. Probation Officer
Arlington                                   Phone: 817-505-0998
Phone: 817-505-1079
Fax: 817-649-5954

**Order of the Court:**

☑ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Jane J. Boyle
U.S. District Judge

12-10-18
Date

AS